[No. 38788-3-II.   Division Two.   May 18, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. TREVOR DENTON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-02645-2, James R. Orlando, J., entered January 9, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Hunt, J.

[No. 38888-0-II.   Division Two.   May 20, 2010.]

THE STATE OF WASHINGTON, *Appellant*, v. CANDI LEE BANGE, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00730-2, James W. Lawler, J., entered February 4, 2009. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 38961-4-II.   Division Two.   May 20, 2010.]

SECURITY SERVICES NORTHWEST, INC., *Appellant*, v. JEFFERSON COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-2-00438-8, Theodore F. Spearman, J., entered February 6, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, J., and Houghton, J. Pro Tem.